AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| POWER INTEGRATIONS, INC. *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. |
| WAVERLY LICENSING LLC, MAVEXAR LLC, ARRAY IP LLC, and IP EDGE LLC *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IP Edge LLC
c/o Registered Agent, INCORP Services, INC.
815 Brazos Street, Suite 500
Austin, TX 78701-2509

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Warren K. Mabey, Jr.
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   /s/ John A. Cerino

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **IP Edge LLC**

was received by me on *(date)* **11/30/2022**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons by delivering to Lauri Galindo, authorized agent with Registered Agent for IP Edge, INCORP Services Inc., located at 815 Brazos St, Suite 500. Austin, TX 78701 on 12/01/2022

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **12/01/2022**

*Server's signature*

**Emmanuel Morales, Process Server**
*Printed name and title*

**PO Box 1518, Georgetown, TX 78627**
*Server's address*

Additional information regarding attempted service, etc: