IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>WAVERLY LICENSING LLC, MAVEXAR LLC, ARRAY IP LLC, and IP EDGE LLC,<br><br>        Defendants. | C.A. No. 1:22-cv-1554-CFC<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendants Waverly Licensing LLC, Mavexar LLC, Array IP LLC, and IP Edge LLC (collectively "Defendants"), to move, answer or otherwise respond to the Complaint is extended by thirty (30) days, or until February 22, 2023.

| | |
|---|---|
| Dated: January 12, 2023 | FISH & RICHARDSON P.C.<br><br>By:  /s/ Warren K. Mabey, Jr<br>Warren K. Mabey, Jr. (#5775)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 652-5070<br>Email:  mabey@fr.com<br><br>Frank E. Scherkenbach<br>One Marina Park Drive<br>Boston, MA  02210-1878<br>Telephone: (617) 542-5070<br>Email: scherkenbach@fr.com<br><br>Michael R. Headley<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Email: headley@fr.com<br><br>**ATTORNEYS FOR PLAINTIFF,**<br>**POWER INTEGRATIONS, INC.** |

**SO ORDERED** this _____ day of _____, 2023.

                                                                               Honorable Colm F. Connolly
                                                                               Chief Judge of the U.S. District Court