IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> WAVERLY LICENSING LLC, MAVEXAR LLC, ARRAY IP LLC, and IP EDGE LLC, <br><br> Defendants. | C.A. No. 1:22-cv-1554-CFC |

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO RESPOND TO THE COMPLAINT**

It is stipulated and agreed by the parties hereto, through their undersigned attorneys, subject to the approval of the Court, that the Defendants' deadline to answer, move or otherwise plead to the Complaint filed in this action is extended to March 7, 2023.

| | |
|---|---|
| FISH & RICHARDSON P.C. | FINGER & SLANINA, LLC |
| By: */s/ Warren K. Mabey, Jr.* <br> Warren K. Mabey, Jr. (#5775) <br> 222 Delaware Avenue, 17th Floor <br> P.O. Box 1114 <br> Wilmington, DE 19801 <br> Telephone: (302) 652-5070 <br> Email: mabey@fr.com | */s/ David L. Finger* <br> David L. Finger (#2556) <br> One Commerce Center <br> 1201 N. Orange St., 7th fl. <br> Wilmington, DE 19801 <br> (302) 573-2525 <br> dfinger@delawgroup.com |

Dated: February 21, 2023

SO ORDERED this _____ day of February, 2023.

_____
J.