## COVENANT NOT TO SUE

COMES NOW Waverly Licensing LLC ("Waverly") and issues the following covenant not to sue to Power Integrations, Inc. ("Power"):

WHEREAS, on November 30, 2022, Power filed suit against Waverly et al. in the District of Delaware, Case No. 1:22-cv-01554, seeking a declaratory judgment that Power does not infringe United States Patent No. 10,938,246 ("the '246 Patent") ("the Delaware Action");

WHEREAS, Waverly issues this full Covenant Not to Sue to extinguish any case or controversy between Waverly and Power concerning the '246 Patent, thereby removing the subject matter jurisdiction of the District of Delaware Court in the Delaware Action;

**Waverly Licensing LLC unconditionally promises that neither Waverly Licensing LLC, nor any successor in interest to Waverly Licensing LLC, will file or maintain any lawsuit anywhere in the world against Power Integrations, Inc. ("Power") or any customer of Power for infringement or alleged infringement of U.S. Patent No. 10,938,246, now or in the future (including for any possible past damages) based on any products or services that Power makes, uses, sells, offers for sale or imports into the United States now or in the future. Waverly Licensing LLC further unconditionally promises that neither Waverly Licensing LLC nor any successor in interest to Waverly Licensing LLC will assert or threaten to assert U.S. Patent No. 10,938,246 against Power Integrations, Inc. for any past, present, or future acts.**

By making this covenant not to sue, Waverly is estopped from later bringing any suits for infringement of U.S. Patent No. 10,938,246. *See Super Sack Mfg. Corp v. Case Packaging Corp.*, 57 F.3d 1054, 1059 (Fed. Cir. 1995). Moreover, Waverly's covenant not to sue divests the District of Delaware Court of jurisdiction over the Delaware Action. *Id.* at 1058. *See also MedImmune, Inc. v. Genentech, Inc.*, 535 F. Supp. 2d 1000, 1005 (C.D. Cal. 2008).

Dated: 03/31/2023

Respectfully submitted,

*/s/ Son Nguyen*
Son Nguyen
Managing Member, Waverly Licensing LLC

State of Texas
County of Fort Bend

Before me, _____Minal Patel_____(insert the name and character of the officer), on this day personally appeared _____Son Nguyen_____ (insert name of signatory), known to me (or proved to me on the oath of or through_____TxDL_____ (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __31st__ day of ____March_____, 2023.

MINAL PATEL
Notary Public, State of Texas
Comm. Expires 07-14-2025
Notary ID 126950076

(Personalized Seal)                                  Notary Public's Signature