IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 22-1554 CFC ) |
| WAVERLY LICENSING LLC, ARRAY IP LLC, MAVEXAR LLC and IP EDGE, LLC, | ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants Waverly Licensing LLC, Array IP LLC, Mavexar LLC and IP EDGE, LLC hereby move to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(3). The grounds for this Motion are set forth in Defendants' Opening Brief in Support of Their Motion to Dismiss, being filed contemporaneously herewith.

Respectfully submitted,

/s/ David L. Finger
David L. Finger (ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE 19801
(302) 573-2525
Attorney for Defendants

Dated: April 6, 2023