IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 22-1554 CFC ) |
| WAVERLY LICENSING LLC, ARRAY IP LLC, MAVEXAR LLC and IP EDGE, LLC, | ) ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS**

On this _____ day of _____, 2024, having considered the submissions and arguments of the parties, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED.  Defendants are awarded their costs.

_____
The Hon. Colm F. Connolly