UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-1554 CFC ) |
| WAVERLY LICENSING LLC, ARRAY IP, LLC, MAVEXAR LLC and IP EDGE, LLC, | ) ) ) ) |
| Defendants. | ) ) |

**DUSCLOSURES REQUIRED BY STANDING ORDER REGARDING DISCLOSURE STATEMENTS REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 7.1 DATED <u>APRIL 18, 2022</u>**

1. Is the party a non-governmental corporate party? **Yes, assuming the question intends to include limited liability companies.**

2. If the answer to Number 1 is "yes," list below, list any parent corporation or state that there is no such corporation. **There are no such corporations.**

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation. **There are no such corporations.**

4. State the name of every owner, member, and partner of the party, proceeding up the chain of ownership until the name of every individual and corporation with a direct or indirect interest in the party has been identified.

   **Waverly Licensing LLC: Son Nguyen**

   **Array IP LLC: Tiffany Halfon**

   **Mavexar LLC: Gautham Bodepudi, Sanjay Pant and Lillian Woung**

**IP EDGE LLC: Gautham Bodepudi, Sanjay Pant and Lillian Woung**

Respectfully submitted,

/s/ David L. Finger
David L. Finger (ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE  19801
(302) 573-2525
Attorney for Defendants

Dated:   April 19, 2023