UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 22-1554 CFC |
| WAVERLY LICENSING LLC, *et al.,* | ) ) | |
| Defendants. | ) | |

**CERTIFICATION OF TYPE, FONT, AND WORD LIMITATION FOR
OPENING BRIEF IN SUPPORT OF
<u>DEFENDANTS' MOTION TO DISMISS</u>**

Pursuant to the Chief Judge Connolly's November 10, 2022 Standing Order Regarding Briefing in All Cases, the undersigned counsel certifies that the Opening Brief in Support of Defendants' Motion to Dismiss brief contains 1,695 words, excluding the caption, table of contents, table of authorities, and signature blocks. The text of said brief is 14-point and in Times New Roman typeface.

Respectfully submitted,

/s/ David L. Finger
David L. Finger (ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE  19801
(302) 573-2525
Attorney for Defendants

Dated: April 24, 2023