IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>WAVERLY LICENSING LLC, MAVEXAR LLC, ARRAY IP LLC, and IP EDGE LLC,<br><br>　　　Defendants. | C.A. No. 22-cv-1554-CFC |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff Power Integrations, Inc. requests oral argument on Defendants' Motion to Dismiss (D.I. 26). Defendant's Reply in Support of the Motion to Dismiss (D.I. 30) was filed on April 21, 2023.

Dated: April 26, 2023　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　By: */s/ Warren K. Mabey, Jr.*
　　　　　　　　　　　　　　　　　Warren K. Mabey, Jr. (#5775)
　　　　　　　　　　　　　　　　　222 Delaware Avenue, 17th Floor
　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　Telephone: (302) 652-5070
　　　　　　　　　　　　　　　　　Email:  mabey@fr.com

　　　　　　　　　　　　　　　　　Frank E. Scherkenbach
　　　　　　　　　　　　　　　　　One Marina Park Drive
　　　　　　　　　　　　　　　　　Boston, MA  02210-1878
　　　　　　　　　　　　　　　　　Telephone: (617) 542-5070
　　　　　　　　　　　　　　　　　Email: scherkenbach@fr.com

        Michael R. Headley
        500 Arguello Street, Suite 400
        Redwood City, CA 94063
        Telephone: (650) 839-5070
        Email: headley@fr.com

**ATTORNEYS FOR PLAINTIFF,**
**POWER INTEGRATIONS, INC.**