IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 22-1554-CFC |
| WAVERLY LICENSING LLC, ARRAY IP LLC, MAVEXAR LLC, and IP EDGE LLC, | |
| Defendants. | |

## ORDER

At Wilmington on this Twelfth day of March in 2024:

For the reasons set forth in the Memorandum issued this day, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (D.I. 26) is GRANTED and the Clerk of the Court is DIRECTED to CLOSE the case.

                                                     _____
                                                                              CHIEF JUDGE